NUMBER 13-04-025-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

JONATHAN PAUL DESOTO,                                       Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

___________________________________________________________________

 

                   On
appeal from the 24th District Court

                           of Calhoun County, Texas.

__________________________________________________________________

 

                     MEMORANDUM
OPINION

 

       Before
Chief Justice Valdez and Justices Hinojosa and Rodriguez

                      Memorandum
Opinion by Justice Rodriguez

 








On December 4,
2003, appellant, Jonathan Paul DeSoto, was sentenced to forty years
imprisonment for aggravated robbery and ten years imprisonment for aggravated
assault.  The sentences were to run
consecutively.  In his sole point of
error, appellant contends that the trial court=s
pronouncement of the cumulative sentences was not sufficiently specific, and
therefore the sentences should run concurrently.  We affirm.

It is well
settled that where sentences are pronounced on the same day in the same court,
a reference of one to the other by cause number only is sufficient to effect
cumulation of the sentences.  See
Jackson v. State, 449 S.W.2d 242, 244 (Tex. Crim. App. 1969); Ex Parte
Lewis, 414 S.W.2d 682, 683 (Tex. Crim. App. 1967); Ex Parte Ogletree,
328 S.W.2d 446, 447 (Tex. Crim. App. 1959). 
Therefore, the order of cumulation in this case, being made in the same
court, entered on the same day as the sentence to which it is made cumulative,
and referring to the cause number of such sentence, is deemed sufficient.  Jackson, 449 S.W.2d at 244 (citing
Ex parte March, 423 S.W.2d 916, 916 (1968)).  Appellant=s sole
point of error is overruled.

Accordingly the
judgment of the trial court is affirmed.

 

 

NELDA
V. RODRIGUEZ

Justice

Do
not publish.

Tex.
R. App. P.
47.2(b).

 

Memorandum Opinion
delivered and filed

this 7th day of July,
2005.